**Maria KELLY, Individually, as Surviving Parent and as Personal Representative of the Estate of Tanya Marie Stanley; Charles Stanley, as Surviving Parent of Tanya Marie Stanley, Plaintiffs–Appellants,**

v.

**TOTAL HEALTH CARE, INCORPORATED; United States of America, Defendants–Appellees,**

and

**Taylor Rinthia Stanley, a minor by her mother and next friend, Maria Kelly; Terri Elizabeth Stanley, a minor by her mother and next friend, Maria Kelly; KFC National Management CO., Incorporated; Kentucky Fried Chicken of California, Incorporated, Parties in Interest.**

No. 00–1380.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 12, 2000.

Decided Jan. 23, 2001.

L. Teri Spradlin–Dahn, The Law Office of L. Teri Spradlin–Dahn, Annapolis, MD, for appellants. Lynne A. Battaglia, United States Attorney, Allen F. Loucks, Assistant United States Attorney, Baltimore, MD, for appellees.

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

PER CURIAM.

Appellants Maria Kelly and Charles Stanley appeal the district court's order dismissing their medical malpractice action pursuant to Fed.R.Civ.P. 12(b)(1). We have reviewed the record and the district court's opinion and find no reversible error. We therefore affirm the dismissal of this action on the reasoning of the district court. *See Kelly v. Total Health Care, Inc.,* No. CA–99–2433 JFM, 2000 WL 151280 (D.Md. Jan. 31, 2000); *see* 28 U.S.C. § 2401(b) (1994); *Gould v. United States Dep't of Health & Human Servs.,* 905 F.2d 738, 742 (4th Cir.1990) (en banc). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*